<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-1951**

───────────

In Re: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION (MDL No. 2327)

----------------------------------------

SHARON WEER; THOMAS WEER,

              Plaintiffs – Appellants,

       v.

ETHICON, INCORPORATED; ETHICON, L.L.C.; JOHNSON & JOHNSON,

              Defendants - Appellees.

───────────

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.   Joseph R. Goodwin,
District Judge.  (2:13-cv-03792; 2:12-md-02327)

───────────

Submitted:  March 30, 2016           Decided:  April 6, 2016

───────────

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Douglas R. Plymale, DUGAN LAW FIRM, PLC, New Orleans, Louisiana,
for Appellants. David B. Thomas, Daniel R. Higginbotham, THOMAS
COMBS & SPANN PLLC, Charleston, West Virginia; Christy Jones,
John C. Henegan, Sr., Susanna Moore Moldoveanu, BUTLER SNOW LLP,
Ridgeland, Mississippi, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Weer and Thomas Weer appeal the district court's order dismissing this action without prejudice because the Weers failed to timely effect service of process. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Weer v. Ethicon, Inc.</u>, Nos. 2:13-cv-03792; 2:12-md-02327 (S.D. W. Va. July 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>